## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:17-cv-00635 |
| § § | |
| v. § § | |
| FIELDAWARE US, INC., § § | |
| Defendant. § | |

### PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES PER P.L.R. 3-1 AND 3-2

Plaintiff Rothschild Digital Confirmation, LLC ("RDC"), hereby notifies the Court that on November 14, 2017 it served its Disclosures Pursuant to Local Rule 3-1 and 3-2 to Defendant FieldAware US, Inc. (hereinafter "Defendant") in compliance with this Court's Scheduling Order.

Dated: November 14, 2017

Respectfully Submitted,

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

s/ Jean G. Vidal Font
Jean G. Vidal Font
USDC No. 227811
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

*ATTORNEYS FOR PLAINTIFF*
*Rothschild Digital Confirmation, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of November, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres Oyola