# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:17-cv-00635-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| FIELDAWARE US, INC. | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date, the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement submitted by Plaintiff Rothschild Digital Confirmation LLC, and Defendant FieldAware US, Inc. (Dkt. No. 15). Based on the joint Motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that the Joint Motion to Stay should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all proceedings and deadlines in this case, including the proceedings and deadlines set forth in this Court's Scheduling Order (Dkt. No. 31) and the deadline for submission and entry of a Docket Control Order, are stayed for 30 days from entry of this Order.

So Ordered this
Nov 21, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE